IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMANUEL BULL, | | |
| | Plaintiff, | 1: 06 CV 1905 LJO WMW PC |
| | vs. | ORDER RE FINDINGS AND |
| | | RECOMMENDATIONS (DOC 11) |
| KEN CLARK, et al., | | |
| | Defendants. | |

On July 15, 2008, findings and recommendations were entered, recommending dismissal of this action. On July 30, 2008, Plaintiff filed objections to the findings and recommendations. Accordingly, IT IS HEREBY ORDERED that the July 15, 2008, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:    February 5, 2009**              /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

1